James B. McCracken v. Halsey Fire-Engine Co. et al.

*Corporations—Liability for services.*

A by-law providing that "no debts shall be contracted by the company
\* \* unless there are funds in the treasury to meet the same,"
does not apply to the salary of the secretary of a corporation; and
if it did, it would have no effect in cases where the corporation has
already received the consideration for the indebtedness contracted.

Error to Wayne. (Jennison, J.) June 4.—June 17.

Assumpsit. Defendant brings error. Affirmed.

*Stewart & Galloway* for appellants.

*J. B. McCracken* in person for appellee.

Champlin, J. Plaintiff brought an action, based upon the
common counts in assumpsit, to recover from defendant
$221.06 for ten and one-half months' services as secretary
and treasurer at the rate of $250 a year, and also including
some small items for postage, etc. The defendant pleaded
the general issue.

The defendant is a corporation, organized in October, 1882,
under How. Stat., ch. 124. The plaintiff was duly elected
its secretary, and his compensation fixed at $250 for the first
year, which has been adjusted. At the expiration of his first
year's services he wished to resign, but was requested by the
different members of the board of directors to continue to
discharge the duties of that officer for the company, but no
compensation was agreed upon for such services. The officers
of the corporation held for one year, and until their succes-
sors were elected or appointed. There had been no election
of officers, and consequently no one to succeed the plaintiff
as secretary. He served ten months and a half after the ex-
piration of the first year. Evidence was introduced of the
services rendered the corporation, and of the reasonable worth
of such services, and the jury, from the evidence, rendered a
verdict for the plaintiff.

A by-law adopted by the corporation provided.that " no debts shall be contracted by the company except by order of the board of directors, and not unless there are funds in the treasury to meet the same." The defendant claims that by reason of this by-law, and the fact that there was no money in the treasury to pay the secretary for his services, he is not entitled to recover. But it is apparent that the by-law was not intended to apply to cases of this kind ; and if it did, it would be no defense when the corporation has received the consideration of the indebtedness contracted. The case presents no error of law, and

The judgment is affirmed.

The other Justices concurred.